IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-01536-RPM-KMT

OPTIUM CORPORATION,

    Plaintiff,

v.

EMCORE CORPORATION, and
JDS UNIPHASE CORPORATION,

    Defendants.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

The "Motion to Quash Subpoena Issued to Michael Pritzkau" (#1, filed July 22, 2008) is DENIED as moot.

Dated: July 30, 2008